■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANK MINIGAN, JR., Appellant, v SUSAN B. JOHNSON, as Superintendent of Orleans Correctional Facility, Respondent. [710 NYS2d 237] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Sconiers, J. (Appeal from Judgment of Supreme Court, Erie County, Sconiers, J.—Habeas Corpus.) Present—Pigott, Jr., P. J., Pine, Scudder and Kehoe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff-Respondent, v ROB WILLIAMS, Also Known as KYRON STEVENSON, Appellant. [708 NYS2d 670] —Judgment unanimously modified on the law and as modified affirmed in accordance with the following Memorandum: County Court erred in imposing a 10% surcharge on the restitution ordered for funds expended for the purchase of controlled substances from defendant (see, Penal Law § 60.27 [9]; People v Majestic, 270 AD2d 884). We therefore modify the judgment by vacating that surcharge. Contrary to defendant's contention, the sentence is neither unduly harsh nor severe. (Appeal from Judgment of Genesee County Court, Noonan, J.—Attempted Criminal Sale Controlled Substance, 3rd Degree.) Present—Pigott, Jr., P. J., Pine, Scudder and Kehoe, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARQUIS ADAMS, Appellant. [708 NYS2d 671] —Judgment unanimously affirmed (see, People v Lococo, 92 NY2d 825, 827). (Appeal from Judgment of Erie County Court, D'Amico, J.—Attempted Robbery, 1st Degree.) Present—Pigott, Jr., P. J., Pine, Scudder and Kehoe, JJ.